IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael A. Lerman,                          :
                        Petitioner          :
                                            :
            v.                              :          No. 1362 C.D. 2017
                                            :
State Horse Racing Commission,              :
                        Respondent          :

## **O R D E R**

NOW, September 6, 2018, upon consideration of petitioner's

application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge